UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DENZEL K. MORGAN,**

Plaintiff,

vs.

**MICHAEL J. ASTRUE,
COMMISSIONER of Social Security,**

Defendant.

CV # 06-1182-MO

ORDER FOR EAJA
FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $5157.90, and no costs or expenses, shall be awarded to Plaintiff, pursuant to the

Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 2 1 day of August, 2007.

HON. MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

PROPOSED ORDER FOR EAJA FEES